UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE HOLTE,

        Plaintiff,

v.

USAA INSURANCE AGENCY, INC.,

        Defendant.

C17-407 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for leave to amend, docket no. 8, is GRANTED. Plaintiff shall electronically file her amended complaint, naming the correct defendant, USAA Casualty Insurance Company, Inc., within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1