HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEPHANIE HOLTE,<br><br>           Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>           Defendant. | No. 2:17-cv-00407-TSZ<br><br>**STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

## **STIPULATION**

COMES NOW Defendant USAA CASUALTY INSURANCE COMPANY, and Plaintiff STEPHANIE HOLTE, by and through their respective counsel, to stipulate that Irene M. Hecht and Michael G. Howard of Keller Rohrback hereby withdraw and Blake Marks-Dias and David B. Edwards of Corr Cronin Michelson Baumgardner Fogg & Moore LLP ("Corr Cronin") hereby substitute as counsel for Defendant USAA CASUALTY INSURANCE COMPANY herein. Any and all further pleadings or notices of any nature whatsoever, except original process, should be served upon Corr Cronin.

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 1 (Case No. 2:17-cv-00407 TSZ)

DATED this 3rd day of October, 2017.

| | |
|---|---|
| *s/ Irene Hecht (by email authorization)* | *s/ Blake Marks-Dias* |
| Irene Margret Hecht, WSBA No. 11063 | Blake Marks-Dias, WSBA No. 28169 |
| ihecht@kellerrohrback.com | bmarksdias@corrcronin.com |
| | |
| *s/ Michael Howard (by email authorization)* | *s/ David B. Edwards* |
| Michael G. Howard, WSBA No. 31808 | David B. Edwards, WSBA No. 44680 |
| mhoward@kellerrohrback.com | dedwards@corrcronin.com |
| | |
| KELLER ROHRBACK | CORR CRONIN MICHELSON |
| 1201 Third Avenue, Suite 3200 | BAUMGARDNER FOGG & MOORE LLP |
| Seattle, WA 98101 | 1001 Fourth Avenue, Suite 3900 |
| Phone: (206) 623-1900 | Seattle, WA 98154 |
| | Phone: (206) 625-8600 |
| | *Substituting Attorneys for Defendant* |
| | |
| *Withdrawing Attorneys for Defendant* | |

*s/ Jay Krulewitch (by email authorization)*
Jay H. Krulewitch, WSBA No. 17612
jay@krulewitchlaw.com
2611 NE 113th Street, Suite 300
Seattle, WA 98125
Phone: (206) 233-0828

*Attorney for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

DATED this 5th day of October, 2017.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 2 (Case No. 2:17-cv-00407 TSZ)

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

| | |
|---|---|
| *s/ Irene Hecht (by email authorization)* <br> Irene Margret Hecht, WSBA No. 11063 <br> ihecht@kellerrohrback.com | *s/ Blake Marks-Dias* <br> Blake Marks-Dias, WSBA No. 28169 <br> bmarksdias@corrcronin.com |
| *s/ Michael Howard (by email authorization)* <br> Michael G. Howard, WSBA No. 31808 <br> mhoward@kellerrohrback.com | *s/ David B. Edwards* <br> David B. Edwards, WSBA No. 44680 <br> dedwards@corrcronin.com |
| KELLER ROHRBACK <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Phone: (206) 623-1900 | CORR CRONIN MICHELSON <br> BAUMGARDNER FOGG & MOORE LLP <br> 1001 Fourth Avenue, Suite 3900 <br> Seattle, WA 98154 <br> Phone: (206) 625-8600 |
| *Withdrawing Attorneys for Defendant* | *Substituting Attorneys for Defendant* |

*s/ Jay Krulewitch (by email authorization)*
Jay H. Krulewitch, WSBA No. 17612
jay@krulewitchlaw.com
2611 NE 113th Street, Suite 300
Seattle, WA 98125
Phone: (206) 233-0828

*Attorney for Plaintiff*

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 3 (Case No. 2:17-cv-00407 TSZ)

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900