1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE HOLTE,

               Plaintiff,

   v.

USAA CASUALTY INSURANCE
COMPANY, INC.,

               Defendant.

C17-407 TSZ

MINUTE ORDER

11

12

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

13

14

(1)      The Court treats the parties' stipulated motion to continue certain deadlines,
docket no. 16, as a motion to continue the trial date,[1] and GRANTS such motion as
follows.

15

16

17

| JURY TRIAL DATE (4-5 days) | August 27, 2018 |
| --- | --- |
| Disclosure of expert testimony | January 12, 2018 |
| Discovery motions filing deadline | March 1, 2018 |

18

19

20

21

22

[1] The parties suggest that extending the dispositive motions filing deadline to April 19, 2018,
will not affect the current trial date of June 11, 2018. They are mistaken. The noting date for
any such dispositive motions would be May 11, 2018, which is the day after motions in limine
are currently due, and only three weeks before the date presently set for a Pretrial Conference.
Such schedule is not workable for the Court or the parties. Because the motivating reason for
seeking a continuance is the need for additional time to disclose experts, the Court has based the
new trial date on the parties' proposed expert witness disclosure deadline.

23

MINUTE ORDER - 1

| | |
|---|---|
| Discovery completion deadline | April 2, 2018 |
| Dispositive motions filing deadline | May 3, 2018 |
| Motions in limine filing deadline | July 19, 2018 |
| Agreed pretrial order due | August 10, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | August 10, 2018 |
| Pretrial conference | August 17, 2018 at 11:00 a.m |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 13, shall remain in full force and effect.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of October, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk